IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 092

| | |
|---|---|
| SYNOVUS BANK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| DAVID M. SCIUPIDER and MARY C. ) | |
| SCIUPIDER, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Travis Bustamante's Application for Admission to Practice *Pro Hac Vice* of T. William McGee, III. It appearing that T. William McGee, III is a member in good standing with the South Carolina State Bar and will be appearing with Travis Bustamante, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Travis Bustamante's Application for Admission to Practice *Pro Hac Vice* (#16) of T. William McGee, III is

**GRANTED**, and that T. William McGee, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Travis Bustamante.

Signed: August 29, 2013

Dennis L. Howell
United States Magistrate Judge